```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
```

In re:                                                                  Case No. 19-12331-amc
Nicole L. Moore                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: YvetteWD             Page 1 of 1           Date Rcvd: May 02, 2019
                            Form ID: pdf900            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
db             +Nicole L. Moore,    39 Indian Red Road,    Levittown, PA 19057-2321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2019 at the address(es) listed below:
              PAUL H. YOUNG    on behalf of Debtor Nicole L. Moore support@ymalaw.com,  ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 4

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  NICOLE L. MOORE          :          CHAPTER 13
                                 :
    **Debtor**                   :          NO. 19-12331

## ORDER

AND NOW, this  1st     day of  May    , 2019, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted an additional sixteen (16) days **or until May 11, 2019** in which to file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

Ashely M. Chan
United States Bankruptcy Judge

Copies to:

Paul H. Young, Esquire
3554 Hulmeville Road
Suite 102
Bensalem, PA   19020

U.S. Trustee's Office
833 Chestnut St., Ste. 500
Philadelphia, PA 19106

Trustee

Debtor