```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                         Case No. 19-12331-amc
Nicole L. Moore                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD           Page 1 of 1          Date Rcvd: May 09, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
db             +Nicole L. Moore,    39 Indian Red Road,    Levittown, PA 19057-2321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
          PAUL H. YOUNG    on behalf of Debtor Nicole L. Moore support@ymalaw.com,    ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 4

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  NICOLE MOORE          :          CHAPTER 13
                              :
    Debtor                    :          BANKRUPTCY NO. 19-12331

### ORDER

AND NOW, this _____ day of _____, 2019, upon Motion of the Debtor, the automatic stay in this case is extended beyond 30 days and for the duration of this case unless relief from same is granted.

BY THE COURT:

_____ J.