```
Name......: MS NICOLE MOORE                              Exemptions: FED  01 Married      Cost Center: 6603
Personnel #: 01305794                                    Exemptions: PA   00 Single       Pay type...: Regular payroll
Pay area..: XC  XC Bi-weekly                             Exemptions: PA7K 00 Single       Pay period.: 04/05/2019 - 04/18/2019
Legal Entity: T002                                       Exemptions: PBGF 00 Single       Payroll for: 09/2019
                                                         Exemptions:                      Payroll in.: 09/2019
                                                         Exemptions:

Check date     Chk number       Chk amount =    Gross    -    Taxes   -    DEDS    +    EXP REIM    Total Hours Worked
04/26/2019    <Not assigned>       242.66       277.32        34.66                        0.00           29.98

GROSS              JOB CODE    RATE    HOURS      AMOUNT      YTD
1001 HrlyWage      0000344     9.25    24.80      229.40    3,054.37
1001 HrlyWage      0000344     9.25     5.18       47.92       89.72
1041 ConAbsHr                                                 111.00
1155 Holiday
Total Earnings                                    277.32    3,255.09

TAXES                                             AMOUNT      YTD
Federal
/403 TX EE Federal                                 17.20      201.82
/405 TX EE Social Security Tax
      TX EE Medicare Tax                            4.02       47.20
State
/401 TX EE Withholding Tax     Pennsylvania         8.51       99.95
/420 TX EE Unemployment Tax                         0.16        1.95
      PBGF Northampton Township Bucks
City
/401 TX Withholding Tax                             2.77       32.54
/484 TX Local Services Tax                          2.00       18.00
Total Taxes                                        34.66      401.46
```

```
                                    BANK INFORMATION
                                    Bank Number      Account Number      Amount
                                    XXXXXXXXX        XXXXXXXX           242.66

                                    Vacation/Sick/Personal-Balances
                                    Wage Type Description                Balance
                                    1605 Sick DAYS Bal. - Hrly             1.00
```

Associate exclusive discounts are a click away - All you need is your personnel number found at the top of this paystub. Visit: www.compassgroup.perkspot.com and start saving!
<http://www.compassgroup.perkspot.com>

Always be professional, polite, honest and transparent when dealing with clients, customers, suppliers and colleagues.

If you have any questions about the Code of Business Conduct speak to your manager or use Speak Up 866-654-6626.

Total hours worked means time spent working and does not include OT Premium (Gross pay codes 1211, 1221, 1231), holiday, sick, vacation or any other paid time off.

Descuentos exclusivos por asociados son un clic de distancia - Todo lo que necesita es su número de personal que se encuentra en la parte superior de este comprobante de pago. Visita: www.compassgroup.perkspot.com y comience a ahorrar!
<http://www.compassgroup.perkspot.com>

Sea siempre profesional, educado/a, honesto/a y transparente en el trato con sus clientes, proveedores y colegas.

Si tiene alguna pregunta sobre el Código de ética empresarial hable con su superior o utilice el servicio Speak Up 866-654-6626.

El total de horas trabajada significa el tiempo de trabajo y no incluye prima por horas extra (códigos de pago bruto 1211, 1221, 1231) feriados, licencia por enfermedad, tiempo de vacaciones o cualquier otro tiempo libre remunerado.

Compass Two, LLC
2400 Yorkmont Road
Charlotte, NC  28217
877-311-4747

```
Name.........: MS NICOLE MOORE                                              Cost Center: 6603
Personnel #  : 01305794                    Exemptions: FED  01 Married      Pay type...: Regular payroll
Pay area....: XC  XC Bi-weekly             Exemptions: PA   00              Pay period.: 03/22/2019 - 04/04/2019
Legal Entity:T002                          Exemptions: PA7K 00 Single       Payroll for: 08/2019
                                           Exemptions: PBGF 00 Single       Payroll in.: 08/2019
                                           Exemptions:

Check date    Check number
04/12/2019    <Not assigned>     Chk amount =   401.53       Gross  -  Taxes   -   DEDS   +   EXP REIM   Total Hours Worked
                                                             457.41 -  55.88  -    0.00   +   0.00              49.45

GROSS               JOB CODE    RATE    HOURS   AMOUNT       YTD
1001 HrlyWage       00000344    9.25    24.72   228.66       2,777.05
1001 HrlyWage       00000344    9.25    24.73   228.75       89.72
1041 ConAbsHr                                                111.00
1155 Holiday
Total Earnings                                  457.41       2,977.77

TAXES                                           AMOUNT       YTD              BANK INFORMATION
Federal                                                                       Bank Number      Account Number      Amount
/403 TX EE Social Security Tax                  28.36        184.62           XXXXXXXXXX       XXXXXXXX            401.53
/405 TX EE Medicare Tax                         6.63         43.18
State                                                                         Vacation/Sick/Personal-Balances
/401 TX Withholding Tax   PA   Pennsylvania     14.04        91.44            Wage Type Description                Balance
/420 TX EE Unemployment Tax                     0.28         1.79             1605 Sick DAYS Bal. - Hrly           1.00
City
/401 TX Withholding Tax   PBGF Northampton Township Bucks    4.57    29.77
/484 TX Local Services Tax                                   2.00    16.00
Total Taxes                                                  55.88   366.80
```

Total hours worked means time spent working and does not include OT Premium (Gross pay codes 1211, 1221, 1231), holiday, sick, vacation or any other paid time off.

If you have any questions about the Code of Business Conduct speak to your manager or use Speak Up 866-654-6626.

Always be professional, polite, honest and transparent when dealing with clients, customers, suppliers and colleagues.

associate exclusive discounts are a click away - All you need is your personnel number found at the top of this paystub. visit: www.compassgroup.perkspot.com and start saving!
<http://www.compassgroup.perkspot.com>

Descuentos exclusivos por asociados son un clic de distancia - Todo lo que necesita es su número de personal que se encuentra en la parte superior de este comprobante de pago. Visita: www.compassgroup.perkspot.com y comience a ahorrar!
<http://www.compassgroup.perkspot.com>

Sea siempre profesional, educado/a, honesto/a y transparente en el trato con sus clientes, proveedores y colegas.

Si tiene alguna pregunta sobre el Código de ética empresarial hable con su superior o utilice el servicio Speak Up 866-654-6626.

El total de horas trabajada significa el tiempo de trabajo y no incluye prima por horas extra (códigos de pago 1211, 1221, 1231) feriados, licencia por enfermedad, vacaciones o cualquier otro tiempo de remunerado.

Compass Two, LLC
2400 Yorkmont Road
Charlotte, NC  28217
877-311-4747

```
Name.........: MS NICOLE MOORE                                    Cost Center: 6603
Personnel #  : 01305794                          Exemptions: FED 01 Married    Pay type...: Regular payroll
Pay area.....: XC                                Exemptions: PA  00 Single     Pay period.: 03/08/2019 - 03/21/2019
Legal Entity : T002  XC Bi-weekly                Exemptions: PA7K 00 Single    Payroll for: 07/2019
                                                 Exemptions: PBGF 00 Single    Payroll in.: 07/2019
                                                 Exemptions:

Check date     Check number           Chk amount =      Gross   -   Taxes   -   DEDS   +   EXP REIM   Total Hours Worked
03/29/2019     <Not assigned>           309.96           353.62    43.66                     0.00            28.53

GROSS              JOB CODE   RATE    HOURS    AMOUNT      YTD
1001 HrlyWage      00000344   9.25    10.00     92.50   2,319.64
1001 HrlyWage      00000344   9.25    18.53    171.40
1041 ConAbsHr                 9.25     4.85     44.86
1041 ConAbsHr                 9.25     4.85     44.86
1155 Holiday                                            111.00
Total Earnings                                 353.62   2,520.36

TAXES                                          AMOUNT      YTD
Federal
/403 TX EE Federal  FED Federal
/403 TX EE Social Security Tax                  21.92    156.26
/405 TX EE Medicare Tax                          5.13     36.55
State
/401 TX EE Withholding Tax  PA Pennsylvania     10.86     77.40
/420 TX EE Unemployment Tax                      0.21      1.51
City
/401 TX Withholding Tax  PBGF Northampton Township Bucks
                                                 3.54     25.20
/484 TX Local Services Tax                       2.00     14.00
Total Taxes                                     43.66    310.92

                                                                  BANK INFORMATION
                                                                  Bank Number        Account Number    Amount
                                                                  XXXXXXXXXX         XXXXXXX           309.96

                                                                  Vacation/Sick/Personal-Balances
                                                                  Wage Type Description               Balance
                                                                  1605 Sick DAYS Bal. - Hrly            1.00
```

Associate exclusive discounts are a click away - All you need is your personnel number found at the top of this paystub. visit: www.compassgroup.perkspot.com and start saving! <http://www.compassgroup.perkspot.com>

Always be professional, polite, honest and transparent when dealing with clients, customers, suppliers and colleagues.

If you have any questions about the Code of Business Conduct speak to your manager or use Speak Up 866-654-6626.

Total hours worked means time spent working and does not include OT Premium (Gross pay codes 1211, 1221, 1231), holiday, sick, vacation or any other paid time off.

Descuentos exclusivos por asociados son un clic de distancia - Todo lo que necesita es su número de personal que se encuentra en la parte superior de este comprobante de pago. Visita: www.compassgroup.perkspot.com y comience a ahorrar! <http://www.compassgroup.perkspot.com>

Sea siempre profesional, educado/a, honesto/a y transparente en el trato con sus clientes, proveedores y colegas.

Si tiene alguna pregunta sobre el Código de ética empresarial hable con su superior o utilice el servicio Speak Up 866-654-6626.

El total de horas trabajada significa el tiempo de trabajo y no incluye prima por horas extra (códigos de pago bruto 1211, 1221, 1231) feriados, licencia por enfermedad, tiempo de vacaciones o cualquier otro tiempo libre remunerado.

Compass Two, LLC
2400 Yorkmont Road
Charlotte, NC 28217
877-311-4747

```
Name........: MS NICOLE MOORE                              Cost Center: 6603
Personnel #: 01305794                Exemptions: FED  01 Married    Pay type...: Regular payroll
Pay area....: XC   XC Bi-weekly      Exemptions: PA   00            Pay period.: 02/22/2019 - 03/07/2019
Legal Entity: T002                   Exemptions: PA7K 00 Single     Payroll for: 06/2019
                                     Exemptions: PBGF 00 Single     Payroll in.: 06/2019
                                     Exemptions:
                                     Exemptions:

Check date     Check number          Chk amount =    Gross    -    Taxes   -    DEDS    +    EXP REIM     Total Hours Worked
03/15/2019     <Not assigned>           354.77       404.42        49.65        0.00         0.00              43.72
```

```
GROSS                    JOB CODE      RATE      HOURS       AMOUNT        YTD                                                   Amount
1001 HrlyWage            0000344       9.25      25.10       232.18        2,055.74                                              354.77
1001 HrlyWage            0000344       9.25      18.62       172.24          111.00
1155 Holiday
Total Earnings                                               404.42        2,166.74

TAXES                                                         AMOUNT         YTD
Federal
 /403 FED EE Social Security Tax                              25.08        134.34
 /405 TX EE Medicare Tax                                       5.87         31.42
State
 /401 TX Withholding Tax       PA    Pennsylvania
 /420 TX EE Unemployment Tax                                  12.42         66.54
                               PBGF  Northampton Township Bucks 0.24         1.30
City
 /401 TX Withholding Tax                                       4.04         21.66
 /484 TX Local Services Tax                                    2.00         12.00
Total Taxes                                                   49.65        267.26
```

```
                                                                            BANK INFORMATION
                                                                            Bank Number         Account Number
                                                                            XXXXXXXXX           XXXXXX;

                                                                            Vacation/Sick/Personal-Balances
                                                                            Wage Type Description                Balance
                                                                            1605 Sick DAYS Bal. - Hrly            3.00
```

Associate exclusive discounts are a click away - All you need is your personnel number found at the top of this paystub. Visit: www.compassgroup.perkspot.com and start saving! <http://www.compassgroup.perkspot.com>

If you have any questions about the Code of Business Conduct speak to your manager or use Speak Up 866-654-6626.

Always be professional, polite, honest and transparent when dealing with clients, customers, suppliers and colleagues.

Total hours worked means time spent working and does not include OT Premium (Gross pay codes 1211, 1221, 1231), holiday, sick, vacation or any other paid time off.

Descuentos exclusivos para asociados son un clic de distancia - Todo lo que necesita es su número de personal que se encuentra en la parte superior de este comprobante de pago. Visita: www.compassgroup.perkspot.com y comience a ahorrar! <http://www.compassgroup.perkspot.com>

Sea siempre profesional, educado/a, honesto/a y transparente en el trato con sus clientes, proveedores y colegas.

Si tiene alguna pregunta sobre el Código de ética empresarial hable con su superior o utilice el servicio Speak Up 866-654-6626.

El total de horas trabajada significa el tiempo de trabajo y no incluye prima por horas extra (códigos de pago bruto 1211, 1221, 1231) feriados, licencia por enfermedad, tiempo de vacaciones o cualquier otro tiempo libre remunerado.

Compass Two, LLC
2400 Yorkmont Road
Charlotte, NC   28217
877-311-4747

```
Name........: MS NICOLE MOORE                    Exemptions: FED  01 Married    Cost Center.: 6603
Personnel # :01305794                            Exemptions: PA   00            Pay type....: Regular payroll
Pay area....: XC   XC Bi-weekly                  Exemptions: PA7K 00 Single     Pay period..: 02/08/2019 - 02/21/2019
Legal Entity:T002                                Exemptions: PBGF 00            Payroll for.: 05/2019
                                                 Exemptions:         Single     Payroll in..: 05/2019
                                                 Exemptions:

Check date   Check number             Chk amount =      288.18      Gross   -    Taxes   -    DEDS    +    EXP REIM         Total Hours Worked
03/01/2019   <Not assigned>                                         328.93       40.75                       0.00                   29.56

GROSS                         JOB CODE       RATE     HOURS       AMOUNT        YTD
1001  HrlyWage                00000344       9.25     19.53       180.65      1,651.32
1001  HrlyWage                00000344       9.25     10.03        92.78        111.00
1155  Holiday                                9.25      6.00        55.50
Total Earnings                                                    328.93      1,762.32

TAXES                                                             AMOUNT        YTD
Federal
/403    FED  Social Security Tax                                   20.39       109.26
/405    FED  Medicare Tax                                           4.77        25.55
State
/401    PA   Withholding Tax                                                    54.12
/420    TX EE Unemployment Tax                                      0.20         1.06
        PBGF Northampton Township Bucks
City
/401    TX Withholding Tax                                         10.10
/484    TX Local Services Tax                                       2.00        10.00
Total Taxes                                                        40.75       217.61
```

```
                                                                 BANK INFORMATION
                                                                 Bank Number         Account Number          Amount
                                                                 XXXXXXXXXX          XXXXXXXX                288.18
```

Associate exclusive discounts are a click away – All you need is your personnel number found at the top of this paystub. Visit: www.compassgroup.perkspot.com and start saving! <http://www.compassgroup.perkspot.com>

Always be professional, polite, honest and transparent when dealing with clients, customers, suppliers and colleagues.

If you have any questions about the Code of Business Conduct speak to your manager or use Speak Up 866-654-6626.

Total hours worked means time spent working and does not include OT Premium (Gross pay codes 1211, 1221, 1231), holiday, sick, vacation or any other paid time off.

Descuentos exclusivos por asociados son un clic de distancia – Todo lo que necesita es su número de personal que se encuentra en la parte superior de este comprobante de pago. Visita: www.compassgroup.perkspot.com y comience a ahorrar! <http://www.compassgroup.perkspot.com>

Sea siempre profesional, educado/a, honesto/a y transparente en el trato con sus clientes, proveedores y colegas.

Si tiene alguna pregunta sobre el Código de ética empresarial hable con su superior o utilice el servicio Speak Up 866-654-6626.

El total de horas trabajada significa el tiempo de trabajo y no incluye prima por horas extra (códigos de pago bruto 1211, 1221, 1231), feriados, licencia por enfermedad, tiempo de vacaciones o cualquier otro tiempo libre remunerado.

Compass Two, LLC
2400 Yorkmont Road
Charlotte, NC 28217
877-311-4747

```
Name......: MS NICOLE MOORE                    Exemptions: FED   01 Married    Cost Center:  6603
Personnel #:01305794                           Exemptions: PA    00             Pay type....: Regular payroll
Pay area..: XC                                 Exemptions: PA7K  00             Pay period..: 01/25/2019 - 02/07/2019
Legal Entity:T002  XC Bi-weekly                Exemptions: PBGF  00 Single      Payroll for.: 04/2019
                                               Exemptions:         Single       Payroll in..: 04/2019
                                               Exemptions:

Check date      Chk number                                                                  Total Hours Worked
02/15/2019      <Not assigned>    Chk amount =   359.67    Gross  -  Taxes  -  DEDS  +  EXP REIM            44.32
                                                           409.97    50.30                  0.00

GROSS           JOB CODE         RATE      HOURS    AMOUNT     YTD           BANK INFORMATION
1001 HrlyWage   00000344         9.25      19.22    177.79     1,377.89      Bank Number       Account Number      Amount
1001 HrlyWage   00000344         9.25      25.10    232.18     55.50         XXXXXXXXXX        XXXXXXX             359.67
1155 Holiday
Total Earnings                                      409.97     1,433.39

TAXES                                               AMOUNT     YTD
Federal
 /403 FED Federal Social Security Tax                25.42     88.87
 /405 TX  EE Medicare Tax                             5.94     20.78
State
 /401 TX  Withholding Tax
 /420 TX  EE Unemployment Tax                        12.59     44.02
City                                                  0.25      0.86
 /401 TX  Withholding Tax
 /484 TX  PBGF Northampton Township Bucks             4.10     14.33
          Local Services Tax                          2.00      8.00
Total Taxes                                          50.30    176.86
```

Associate exclusive discounts are a click away - All you need is our personnel number found at the top of this paystub. Visit: www.compassgroup.perkspot.com and start saving!
<http://www.compassgroup.perkspot.com>

Always be professional, polite, honest and transparent when dealing with clients, customers, suppliers and colleagues.

If you have any questions about the Code of Business Conduct speak to your manager or use Speak Up 866-654-6626.

Total hours worked means time spent working and does not include OT Premium (Gross pay codes 1211, 1221, 1231), holiday, sick, vacation or any other paid time off.

Descuentos exclusivos por asociados son un clic de distancia - Todo lo que necesita es su número de personal que se encuentra en la parte superior de este comprobante de pago. Visita: www.compassgroup.perkspot.com y comience a ahorrar!
<http://www.compassgroup.perkspot.com>

Sea siempre profesional, educado/a, honesto/a y transparente en el trato con sus clientes, proveedores y colegas.

Si tiene alguna pregunta sobre el Codigo de ética empresarial hable con su superior o utilice el servicio Speak Up 866-654-6626.

El total de horas trabajada significa el tiempo de trabajo y no incluye prima por horas extra (códigos de pago bruto 1211, 1221, 1231) feriados, licencia por enfermedad, tiempo de vacaciones o cualquier otro tiempo libre remunerado.

Compass Two, LLC
2400 Yorkmont Road
Charlotte, NC  28217
877-311-4747