# Gmail

Young, Marr & Associates LLC <support@ymalaw.com>

## Fwd: Payment Advice 499065881
1 message

**Nicole Moore** <redheadahead@verizon.net>　　　　　　　　　　　　　　Sat, May 11, 2019 at 2:24 PM
To: support@ymalaw.com

N!cole L. Moore
Garrison, PRS & HGP Alumnus. Duquesne University, Class of 2021
Gabriella, The Pen Ryn School, Class of 2021
215.945.6667

"The truth is like a lion. You don't have to defend it. Let it loose; it will defend itself." ~ St. Augustine

-----Original Message-----
From: tlieb <tlieb@mcgrathsystems.com>
To: redheadahead <redheadahead@verizon.net>
Sent: Fri, Apr 19, 2019 12:14 am
Subject: Payment Advice 499065881

# people2.0

### Check Information
PEOPLE 2.0 EARNINGS STATEMENT
Affiliate: McGrath Systems

| Name: | Moore, Nicole Lynn | Check Number: | 499065881 | Gross Amount: | $123.00 |
|---|---|---|---|---|---|
| Emp ID: | 1457121 | Check Date: | 04/19/2019 | Total Taxes: | $14.88 |
| Address: | 39 Indian Red Rd | Direct Deposit: | Yes | Total Deductions: | $0.00 |
|  | Levittown, PA, 190572321 | YTD Gross: | $2,646.60 | Net Amount: | $108.12 |

### Payment Details

| Pay Period | Customer | Department | Type | Hours/Units | Rate | Gross |
|---|---|---|---|---|---|---|
| 04/08-04/14 | Voice Systems Engineering | Clerical | Reg | 10.25 | $12.00 | $123.00 |
|  | 04/12: 2.00  04/13: 8.00  04/14: 0.25 |  |  |  |  |  |
|  |  |  |  | 10.25 |  | $123.00 |

### Taxes

| Jurisdiction | Amount | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $0.00 |
| FICA EE | $7.63 | $164.08 |
| MED EE | $1.78 | $38.37 |
| PENNSYLVANIA WH | $3.78 | $81.26 |
| PENNSYLVANIA SUI EE | $0.07 | $1.60 |

### Deductions / (Reimbursements)

| Type | Amount | YTD |
|---|---|---|
| No Deductions |  |  |
| **TOTALS** | **$0.00** | **$0.00** |

### Direct Deposit Information

| Bank Name | Account Number | Amount |
|---|---|---|
| Wells Fargo | Ending in | $108.12 |

| | | | |
|---|---|---|---|
| BRISTOL TWP | $ 0.62 | $ 13.24 | |
| LANGHORNE EMS | $ 1.00 | $ 16.00 | |
| **TOTALS** | **$ 14.88** | **$ 314.55** | $ 108.12 |

## Tax Filing Information

| Jurisdiction | Filing Status | Allowances | Dependents | Add'l Amount |
|---|---|---|---|---|
| Federal Income Tax | Married | 7 | 0 | $ 0.00 |
| PENNSYLVANIA WH | N/A | 0 | 0 | $ 0.00 |

## Employer Notices

Employer is People 2.0 Global LP (EIN: 65-1135006), 222 Valley Creek Blvd Suite 100, Exton, PA 19341, doing business locally as McGrath Systems, 1787 Sentry Pkwy West, Building 16, Ste 215, Blue Bell, PA 19422. Tel: (610) 238-5306.



Young, Marr & Associates LLC <support@ymalaw.com>

---

## Fwd: Payment Advice 499065753
1 message

**Nicole Moore** <redheadahead@verizon.net>  Sat, May 11, 2019 at 2:30 PM
To: support@ymalaw.com

N!cole L. Moore
*Garrison, PRS & HGP Alumnus. Duquesne University, Class of 2021*
*Gabriella, The Pen Ryn School, Class of 2021*
*215.945.6667*

"The truth is like a lion. You don't have to defend it. Let it loose; it will defend itself." ~ St. Augustine

-----Original Message-----
From: tlieb <tlieb@mcgrathsystems.com>
To: redheadahead <redheadahead@verizon.net>
Sent: Fri, Apr 12, 2019 12:01 am
Subject: Payment Advice 499065753

# people2.0

### Check Information

PEOPLE 2.0 EARNINGS STATEMENT
Affiliate: McGrath Systems

| Name: | Moore, Nicole Lynn | Check Number: | 499065753 | Gross Amount: | $123.60 |
|---|---|---|---|---|---|
| Emp ID: | 1457121 | Check Date: | 04/12/2019 | Total Taxes: | $14.93 |
| Address: | 39 Indian Red Rd | Direct Deposit: | Yes | Total Deductions: | $0.00 |
| | Levittown, PA, 190572321 | YTD Gross: | $2,523.60 | Net Amount: | $108.67 |

### Payment Details

| Pay Period | Customer | Department | Type | Hours/Units | Rate | Gross |
|---|---|---|---|---|---|---|
| 04/01-04/07 | Voice Systems Engineering | Clerical | Reg | 10.30 | $12.00 | $123.60 |
| | 04/01: 4.00  04/02: 2.30  04/07: 4.00 | | | | | |
| | | | | 10.30 | | $123.60 |

### Taxes

| Jurisdiction | Amount | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $0.00 |
| FICA EE | $7.66 | $156.45 |
| MED EE | $1.79 | $36.59 |
| PENNSYLVANIA WH | $3.79 | $77.48 |
| PENNSYLVANIA SUI EE | $0.07 | $1.53 |

### Deductions / (Reimbursements)

| Type | Amount | YTD |
|---|---|---|
| No Deductions | | |
| **TOTALS** | **$0.00** | **$0.00** |

### Direct Deposit Information

| Bank Name | Account Number | Amount |
|---|---|---|
| Wells Fargo | Ending in | $108.67 |

| | | | | |
|---|---|---|---|---|
| BRISTOL TWP | $ 0.62 | $ 12.62 | | $ 108.67 |
| LANGHORNE EMS | $ 1.00 | $ 15.00 | | |
| **TOTALS** | **$ 14.93** | **$ 299.67** | | |

## Tax Filing Information

| Jurisdiction | Filing Status | Allowances | Dependents | Add'l Amount |
|---|---|---|---|---|
| Federal Income Tax | Married | 7 | 0 | $ 0.00 |
| PENNSYLVANIA WH | N/A | 0 | 0 | $ 0.00 |

## Employer Notices

Employer is People 2.0 Global LP (EIN: 65-1135006), 222 Valley Creek Blvd Suite 100, Exton, PA 19341, doing business locally as McGrath Systems, 1787 Sentry Pkwy West, Building 16, Ste 215, Blue Bell, PA 19422. Tel: (610) 238-5306.



Young, Marr & Associates LLC <support@ymalaw.com>

# Fwd: Payment Advice 499065617
1 message

**Nicole Moore** <redheadahead@verizon.net>     Sat, May 11, 2019 at 3:02 PM
To: support@ymalaw.com

N!cole L. Moore
*Garrison, PRS & HGP Alumnus. Duquesne University, Class of 2021*
*Gabriella, The Pen Ryn School, Class of 2021*
*215.945.6667*

"The truth is like a lion. You don't have to defend it. Let it loose; it will defend itself." ~ St. Augustine

-----Original Message-----
From: tlieb <tlieb@mcgrathsystems.com>
To: redheadahead <redheadahead@verizon.net>
Sent: Fri, Apr 5, 2019 12:08 am
Subject: Payment Advice 499065617

# people2.0

## Check Information

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Name: | Moore, Nicole Lynn | Check Number: | 499065617 | Gross Amount: | $180.00 |
| Emp ID: | 1457121 | Check Date: | 04/05/2019 | Total Taxes: | $21.31 |
| Address: | 39 Indian Red Rd | Direct Deposit: | Yes | Total Deductions: | $0.00 |
|  | Levittown, PA, 190572321 | YTD Gross: | $2,400.00 | Net Amount: | $158.69 |

PEOPLE 2.0 EARNINGS STATEMENT
Affiliate: McGrath Systems

## Payment Details

| Pay Period | Customer | Department | Type | Hours/Units | Rate | Gross |
|---|---|---|---|---|---|---|
| 03/25-03/31 | Voice Systems Engineering | Clerical | Reg | 15.00 | $12.00 | $180.00 |
| | 03/25: 3.00  03/28: 6.00  03/31: 6.00 | | | | | |
| | | | | 15.00 | | $180.00 |

## Taxes

| Jurisdiction | Amount | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $0.00 |
| FICA EE | $11.16 | $148.79 |
| MED EE | $2.61 | $34.80 |
| PENNSYLVANIA WH | $5.53 | $73.69 |
| PENNSYLVANIA SUI EE | $0.11 | $1.46 |

## Deductions / (Reimbursements)

| Type | Amount | YTD |
|---|---|---|
| No Deductions | | |
| **TOTALS** | **$0.00** | **$0.00** |

### Direct Deposit Information

| Bank Name | Account Number | Amount |
|---|---|---|
| Wells Fargo | Ending in | $158.69 |

| | | | | |
|---|---|---|---|---|
| BRISTOL TWP | $ 0.90 | $ 12.00 | | |
| LANGHORNE EMS | $ 1.00 | $ 14.00 | | $ 158.69 |
| **TOTALS** | **$ 21.31** | **$ 284.74** | | |

## Tax Filing Information

| Jurisdiction | Filing Status | Allowances | Dependents | Add'l Amount |
|---|---|---|---|---|
| Federal Income Tax | Married | 7 | 0 | $ 0.00 |
| PENNSYLVANIA WH | N/A | 0 | 0 | $ 0.00 |

## Employer Notices

Employer is People 2.0 Global LP (EIN: 65-1135006), 222 Valley Creek Blvd Suite 100, Exton, PA 19341, doing business locally as McGrath Systems, 1787 Sentry Pkwy West, Building 16, Ste 215, Blue Bell, PA 19422. Tel: (610) 238-5306.



Young, Marr & Associates LLC <support@ymalaw.com>

## Fwd: Payment Advice 499065476
1 message

**Nicole Moore** <redheadahead@verizon.net>  Sat, May 11, 2019 at 3:06 PM
To: support@ymalaw.com

*N!cole L. Moore*
*Garrison, PRS & HGP Alumnus. Duquesne University, Class of 2021*
*Gabriella, The Pen Ryn School, Class of 2021*
*215.945.6667*

"The truth is like a lion. You don't have to defend it. Let it loose; it will defend itself." ~ St. Augustine

-----Original Message-----
From: tlieb <tlieb@mcgrathsystems.com>
To: redheadahead <redheadahead@verizon.net>
Sent: Fri, Mar 29, 2019 12:11 am
Subject: Payment Advice 499065476

# people2.0

### Check Information

PEOPLE 2.0 EARNINGS STATEMENT
Affiliate: McGrath Systems

| Name: | Moore, Nicole Lynn | Check Number: | 499065476 | Gross Amount: | $288.00 |
|---|---|---|---|---|---|
| Emp ID: | 1457121 | Check Date: | 03/29/2019 | Total Taxes: | $33.49 |
| Address: | 39 Indian Red Rd | Direct Deposit: | Yes | Total Deductions: | $0.00 |
|  | Levittown, PA, 190572321 | YTD Gross: | $2,220.00 | Net Amount: | $254.51 |

### Payment Details

| Pay Period | Customer | Department | Type | Hours/Units | Rate | Gross |
|---|---|---|---|---|---|---|
| 03/18-03/24 | Voice Systems Engineering | Clerical | Reg | 24.00 | $12.00 | $288.00 |
| | **03/18:** 4.25 **03/20:** 2.00 **03/21:** 2.00 **03/23:** 8.00 **03/24:** 7.75 | | | | | |
| | | | | 24.00 | | $288.00 |

### Taxes

| Jurisdiction | Amount | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $0.00 |
| FICA EE | $17.86 | $137.63 |
| MED EE | $4.18 | $32.19 |
| PENNSYLVANIA WH | $8.84 | $68.16 |
| PENNSYLVANIA SUI EE | $0.17 | $1.35 |

### Deductions / (Reimbursements)

| Type | Amount | YTD |
|---|---|---|
| No Deductions | | |
| **TOTALS** | $0.00 | $0.00 |

### Direct Deposit Information

| Bank Name | Account Number | Amount |
|---|---|---|
| Wells Fargo | Ending ir | $254.51 |

| | | | | |
|---|---|---|---|---|
| BRISTOL TWP | $ 1.44 | $ 11.10 | | |
| LANGHORNE EMS | $ 1.00 | $ 13.00 | | $ 254.51 |
| **TOTALS** | **$ 33.49** | **$ 263.43** | | |

## Tax Filing Information

| Jurisdiction | Filing Status | Allowances | Dependents | Add'l Amount |
|---|---|---|---|---|
| Federal Income Tax | Married | 7 | 0 | $ 0.00 |
| PENNSYLVANIA WH | N/A | 0 | 0 | $ 0.00 |

## Employer Notices

Employer is People 2.0 Global LP (EIN: 65-1135006), 222 Valley Creek Blvd Suite 100, Exton, PA 19341, doing business locally as McGrath Systems, 1787 Sentry Pkwy West, Building 16, Ste 215, Blue Bell, PA 19422. Tel: (610) 238-5306.

# Gmail

Young, Marr & Associates LLC <support@ymalaw.com>

## Fwd: Payment Advice 499065335
1 message

**Nicole Moore** <redheadahead@verizon.net>  Sat, May 11, 2019 at 3:06 PM
To: support@ymalaw.com

N!cole L. Moore
*Garrison, PRS & HGP Alumnus. Duquesne University, Class of 2021*
*Gabriella, The Pen Ryn School, Class of 2021*
*215.945.6667*

"The truth is like a lion. You don't have to defend it. Let it loose; it will defend itself." ~ St. Augustine

-----Original Message-----
From: tlieb <tlieb@mcgrathsystems.com>
To: redheadahead <redheadahead@verizon.net>
Sent: Fri, Mar 22, 2019 12:11 am
Subject: Payment Advice 499065335

# people2.0

### Check Information

PEOPLE 2.0 EARNINGS STATEMENT
Affiliate: McGrath Systems

| Name: | Moore, Nicole Lynn | Check Number: | 499065335 | Gross Amount: | $96.00 |
|---|---|---|---|---|---|
| Emp ID: | 1457121 | Check Date: | 03/22/2019 | Total Taxes: | $11.83 |
| Address: | 39 Indian Red Rd | Direct Deposit: | Yes | Total Deductions: | $0.00 |
| | Levittown, PA, 190572321 | YTD Gross: | $1,932.00 | Net Amount: | $84.17 |

### Payment Details

| Pay Period | Customer | Department | Type | Hours/Units | Rate | Gross |
|---|---|---|---|---|---|---|
| 03/11-03/17 | Voice Systems Engineering | Clerical | Reg | 8.00 | $12.00 | $96.00 |
| | 03/16: 8.00 | | | | | |
| | | | | 8.00 | | $96.00 |

### Taxes

| Jurisdiction | Amount | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $0.00 |
| FICA EE | $5.95 | $119.77 |
| MED EE | $1.39 | $28.01 |
| PENNSYLVANIA WH | $2.95 | $59.32 |
| PENNSYLVANIA SUI EE | $0.06 | $1.18 |

### Deductions / (Reimbursements)

| Type | Amount | YTD |
|---|---|---|
| No Deductions | | |
| **TOTALS** | **$0.00** | **$0.00** |

### Direct Deposit Information

| Bank Name | Account Number | Amount |
|---|---|---|
| Wells Fargo | Ending in | $84.17 |

| | | | | |
|---|---|---|---|---|
| BRISTOL TWP | $ 0.48 | $ 9.66 | | |
| LANGHORNE EMS | $ 1.00 | $ 12.00 | | $ 84.17 |
| **TOTALS** | **$ 11.83** | **$ 229.94** | | |

## Tax Filing Information

| Jurisdiction | Filing Status | Allowances | Dependents | Add'l Amount |
|---|---|---|---|---|
| Federal Income Tax | Married | 7 | 0 | $ 0.00 |
| PENNSYLVANIA WH | N/A | 0 | 0 | $ 0.00 |

## Employer Notices

Employer is People 2.0 Global LP (EIN: 65-1135006), 222 Valley Creek Blvd Suite 100, Exton, PA 19341, doing business locally as McGrath Systems, 1787 Sentry Pkwy West, Building 16, Ste 215, Blue Bell, PA 19422. Tel: (610) 238-5306.



Young, Marr & Associates LLC <support@ymalaw.com>

---

# Fwd: Payment Advice 499065197
1 message

**Nicole Moore** <redheadahead@verizon.net>  Sat, May 11, 2019 at 3:07 PM
To: support@ymalaw.com

N!cole L. Moore
*Garrison, PRS & HGP Alumnus. Duquesne University, Class of 2021*
*Gabriella, The Pen Ryn School, Class of 2021*
*215.945.6667*

"The truth is like a lion. You don't have to defend it. Let it loose; it will defend itself." ~ St. Augustine

-----Original Message-----
From: tlieb <tlieb@mcgrathsystems.com>
To: redheadahead <redheadahead@verizon.net>
Sent: Fri, Mar 15, 2019 12:01 am
Subject: Payment Advice 499065197

# people2.0

PEOPLE 2.0 EARNINGS STATEMENT
Affiliate: McGrath Systems

## Check Information

| Name: | Moore, Nicole Lynn | Check Number: | 499065197 | Gross Amount: | $66.00 |
|---|---|---|---|---|---|
| Emp ID: | 1457121 | Check Date: | 03/15/2019 | Total Taxes: | $8.45 |
| Address: | 39 Indian Red Rd | Direct Deposit: | Yes | Total Deductions: | $0.00 |
| | Levittown, PA, 190572321 | YTD Gross: | $1,836.00 | Net Amount: | $57.55 |

## Payment Details

| Pay Period | Customer | Department | Type | Hours/Units | Rate | Gross |
|---|---|---|---|---|---|---|
| 03/04-03/10 | Voice Systems Engineering | Clerical | Reg | 5.50 | $12.00 | $66.00 |
| | **03/04:** 1.50 **03/05:** 4.00 | | | | | |
| | | | | 5.50 | | $66.00 |

## Taxes

| Jurisdiction | Amount | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $0.00 |
| FICA EE | $4.09 | $113.82 |
| MED EE | $0.96 | $26.62 |
| PENNSYLVANIA WH | $2.03 | $56.37 |
| PENNSYLVANIA SUI EE | $0.04 | $1.12 |

## Deductions / (Reimbursements)

| Type | Amount | YTD |
|---|---|---|
| No Deductions | | |
| **TOTALS** | **$0.00** | **$0.00** |

### Direct Deposit Information

| Bank Name | Account Number | Amount |
|---|---|---|
| Wells Fargo | Ending in | $57.55 |

| | | | | |
|---|---|---|---|---|
| BRISTOL TWP | $ 0.33 | $ 9.18 | | |
| LANGHORNE EMS | $ 1.00 | $ 11.00 | | $ 57.55 |
| **TOTALS** | **$ 8.45** | **$ 218.11** | | |

Tax Filing Information

| Jurisdiction | Filing Status | Allowances | Dependents | Add'l Amount |
|---|---|---|---|---|
| Federal Income Tax | Married | 7 | 0 | $ 0.00 |
| PENNSYLVANIA WH | N/A | 0 | 0 | $ 0.00 |

Employer Notices

Employer is People 2.0 Global LP (EIN: 65-1135006), 222 Valley Creek Blvd Suite 100, Exton, PA 19341, doing business locally as McGrath Systems, 1787 Sentry Pkwy West, Building 16, Ste 215, Blue Bell, PA 19422. Tel: (610) 238-5306.

# Gmail

Young, Marr & Associates LLC <support@ymalaw.com>

---

## Fwd: Payment Advice 499065049
1 message

**Nicole Moore** <redheadahead@verizon.net>  Sat, May 11, 2019 at 3:08 PM
To: support@ymalaw.com

N!cole L. Moore
*Garrison, PRS & HGP Alumnus. Duquesne University, Class of 2021*
*Gabriella, The Pen Ryn School, Class of 2021*
*215.945.6667*

"The truth is like a lion. You don't have to defend it. Let it loose; it will defend itself." ~ St. Augustine

-----Original Message-----
From: tlieb <tlieb@mcgrathsystems.com>
To: redheadahead <redheadahead@verizon.net>
Sent: Fri, Mar 8, 2019 12:00 am
Subject: Payment Advice 499065049

# people2.0

### Check Information

PEOPLE 2.0 EARNINGS STATEMENT
Affiliate: McGrath Systems

| Name: | Moore, Nicole Lynn | Check Number: | 499065049 | Gross Amount: | $96.00 |
|---|---|---|---|---|---|
| Emp ID: | 1457121 | Check Date: | 03/08/2019 | Total Taxes: | $11.83 |
| Address: | 39 Indian Red Rd | Direct Deposit: | Yes | Total Deductions: | $0.00 |
| | Levittown, PA, 190572321 | YTD Gross: | $1,770.00 | Net Amount: | $84.17 |

### Payment Details

| Pay Period | Customer | Department | Type | Hours/Units | Rate | Gross |
|---|---|---|---|---|---|---|
| 02/25-03/03 | Voice Systems Engineering | Clerical | Reg | 8.00 | $12.00 | $96.00 |
| | **03/02:** 8.00 | | | | | |
| | | | | 8.00 | | $96.00 |

### Taxes

| Jurisdiction | Amount | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $0.00 |
| FICA EE | $5.95 | $109.73 |
| MED EE | $1.39 | $25.66 |
| PENNSYLVANIA WH | $2.95 | $54.34 |
| PENNSYLVANIA SUI EE | $0.06 | $1.08 |

### Deductions / (Reimbursements)

| Type | Amount | YTD |
|---|---|---|
| No Deductions | | |
| **TOTALS** | $0.00 | $0.00 |

### Direct Deposit Information

| Bank Name | Account Number | Amount |
|---|---|---|
| Wells Fargo | Ending in | $84.17 |

| | | | | |
|---|---|---|---|---|
| BRISTOL TWP | $ 0.48 | $ 8.85 | | $ 84.17 |
| LANGHORNE EMS | $ 1.00 | $ 10.00 | | |
| **TOTALS** | **$ 11.83** | **$ 209.66** | | |

Tax Filing Information

| Jurisdiction | Filing Status | Allowances | Dependents | Add'l Amount |
|---|---|---|---|---|
| Federal Income Tax | Married | 7 | 0 | $ 0.00 |
| PENNSYLVANIA WH | N/A | 0 | 0 | $ 0.00 |

Employer Notices

Employer is People 2.0 Global LP (EIN: 65-1135006), 222 Valley Creek Blvd Suite 100, Exton, PA 19341, doing business locally as McGrath Systems, 1787 Sentry Pkwy West, Building 16, Ste 215, Blue Bell, PA 19422. Tel: (610) 238-5306.



Young, Marr & Associates LLC <support@ymalaw.com>

## Fwd: Payment Advice 499064896
1 message

**Nicole Moore** <redheadahead@verizon.net>  Sat, May 11, 2019 at 3:08 PM
To: support@ymalaw.com

N!cole L. Moore
*Garrison, PRS & HGP Alumnus. Duquesne University, Class of 2021*
*Gabriella, The Pen Ryn School, Class of 2021*
*215.945.6667*

"The truth is like a lion. You don't have to defend it. Let it loose; it will defend itself." ~ St. Augustine

-----Original Message-----
From: tlieb <tlieb@mcgrathsystems.com>
To: redheadahead <redheadahead@verizon.net>
Sent: Fri, Mar 1, 2019 12:11 am
Subject: Payment Advice 499064896

# people2.0

### Check Information
PEOPLE 2.0 EARNINGS STATEMENT
Affiliate: McGrath Systems

| Name: | Moore, Nicole Lynn | Check Number: | 499064896 | Gross Amount: | $186.00 |
|---|---|---|---|---|---|
| Emp ID: | 1457121 | Check Date: | 03/01/2019 | Total Taxes: | $21.98 |
| Address: | 39 Indian Red Rd | Direct Deposit: | Yes | Total Deductions: | $0.00 |
| | Levittown, PA, 190572321 | YTD Gross: | $1,674.00 | Net Amount: | $164.02 |

### Payment Details

| Pay Period | Customer | Department | Type | Hours/Units | Rate | Gross |
|---|---|---|---|---|---|---|
| 02/18-02/24 | Voice Systems Engineering | Clerical | Reg | 15.50 | $12.00 | $186.00 |
| | **02/18:** 4.25 **02/19:** 1.50 **02/22:** 2.00 **02/23:** 7.75 | | | | | |
| | | | | 15.50 | | $186.00 |

### Taxes

| Jurisdiction | Amount | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $0.00 |
| FICA EE | $11.53 | $103.78 |
| MED EE | $2.70 | $24.27 |
| PENNSYLVANIA WH | $5.71 | $51.39 |
| PENNSYLVANIA SUI EE | $0.11 | $1.02 |

### Deductions / (Reimbursements)

| Type | Amount | YTD |
|---|---|---|
| No Deductions | | |
| **TOTALS** | **$0.00** | **$0.00** |

### Direct Deposit Information

| Bank Name | Account Number | Amount |
|---|---|---|
| Wells Fargo | Ending in ⁓ | $164.02 |

| | | | | |
|---|---|---|---|---|
| BRISTOL TWP | $ 0.93 | $ 8.37 | | $ 164.02 |
| LANGHORNE EMS | $ 1.00 | $ 9.00 | | |
| **TOTALS** | **$ 21.98** | **$ 197.83** | | |

## Tax Filing Information

| Jurisdiction | Filing Status | Allowances | Dependents | Add'l Amount |
|---|---|---|---|---|
| Federal Income Tax | Married | 7 | 0 | $ 0.00 |
| PENNSYLVANIA WH | N/A | 0 | 0 | $ 0.00 |

## Employer Notices

Employer is People 2.0 Global LP (EIN: 65-1135006), 222 Valley Creek Blvd Suite 100, Exton, PA 19341, doing business locally as McGrath Systems, 1787 Sentry Pkwy West, Building 16, Ste 215, Blue Bell, PA 19422. Tel: (610) 238-5306.

# Gmail

**Young, Marr & Associates LLC <support@ymalaw.com>**

## Fwd: Payment Advice 499064730
1 message

**Nicole Moore** <redheadahead@verizon.net>  Sat, May 11, 2019 at 3:09 PM
To: support@ymalaw.com

N!cole L. Moore
*Garrison, PRS & HGP Alumnus. Duquesne University, Class of 2021*
*Gabriella, The Pen Ryn School, Class of 2021*
*215.945.6667*

"The truth is like a lion. You don't have to defend it. Let it loose; it will defend itself." ~ St. Augustine

-----Original Message-----
From: tlieb <tlieb@mcgrathsystems.com>
To: redheadahead <redheadahead@verizon.net>
Sent: Fri, Feb 22, 2019 12:03 am
Subject: Payment Advice 499064730

# people2.0

PEOPLE 2.0 EARNINGS STATEMENT
Affiliate: McGrath Systems

### Check Information

| Name: | Moore, Nicole Lynn | Check Number: | 499064730 | Gross Amount: | $162.00 |
|---|---|---|---|---|---|
| Emp ID: | 1457121 | Check Date: | 02/22/2019 | Total Taxes: | $19.27 |
| Address: | 39 Indian Red Rd | Direct Deposit: | Yes | Total Deductions: | $0.00 |
| | Levittown, PA, 190572321 | YTD Gross: | $1,488.00 | Net Amount: | $142.73 |

### Payment Details

| Pay Period | Customer | Department | Type | Hours/Units | Rate | Gross |
|---|---|---|---|---|---|---|
| 02/11-02/17 | Voice Systems Engineering | Clerical | Reg | 13.50 | $ 12.00 | $ 162.00 |
| | **02/11:** 1.50 **02/16:** 8.00 **02/17:** 4.00 | | | | | |
| | | | | 13.50 | | $ 162.00 |

### Taxes

| Jurisdiction | Amount | YTD |
|---|---|---|
| Federal Income Tax | $ 0.00 | $ 0.00 |
| FICA EE | $ 10.04 | $ 92.25 |
| MED EE | $ 2.35 | $ 21.57 |
| PENNSYLVANIA WH | $ 4.97 | $ 45.68 |
| PENNSYLVANIA SUI EE | $ 0.10 | $ 0.91 |

### Deductions / (Reimbursements)

| Type | Amount | YTD |
|---|---|---|
| No Deductions | | |
| **TOTALS** | **$ 0.00** | **$ 0.00** |

### Direct Deposit Information

| Bank Name | Account Number | Amount |
|---|---|---|
| Wells Fargo | Ending in | $ 142.73 |

| | | | |
|---|---:|---:|---:|
| BRISTOL TWP | $ 0.81 | $ 7.44 | |
| LANGHORNE EMS | $ 1.00 | $ 8.00 | |
| | | | $ 142.73 |
| **TOTALS** | **$ 19.27** | **$ 175.85** | |

Tax Filing Information

| Jurisdiction | Filing Status | Allowances | Dependents | Add'l Amount |
|---|---|---|---|---|
| Federal Income Tax | Married | 7 | 0 | $ 0.00 |
| PENNSYLVANIA WH | N/A | 0 | 0 | $ 0.00 |

Employer Notices

Employer is People 2.0 Global LP (EIN: 65-1135006), 222 Valley Creek Blvd Suite 100, Exton, PA 19341, doing business locally as McGrath Systems, 1787 Sentry Pkwy West, Building 16, Ste 215, Blue Bell, PA 19422. Tel: (610) 238-5306.



Young, Marr & Associates LLC <support@ymalaw.com>

# Fwd: Payment Advice 499064573
1 message

**Nicole Moore** <redheadahead@verizon.net>  Sat, May 11, 2019 at 3:10 PM
To: support@ymalaw.com

N!cole L. Moore
*Garrison, PRS & HGP Alumnus. Duquesne University, Class of 2021*
*Gabriella, The Pen Ryn School, Class of 2021*
*215.945.6667*

"The truth is like a lion. You don't have to defend it. Let it loose; it will defend itself." ~ St. Augustine

-----Original Message-----
From: tlieb <tlieb@mcgrathsystems.com>
To: redheadahead <redheadahead@verizon.net>
Sent: Fri, Feb 15, 2019 12:12 am
Subject: Payment Advice 499064573

# people2.0

## Check Information

PEOPLE 2.0 EARNINGS STATEMENT
Affiliate: McGrath Systems

| Name: | Moore, Nicole Lynn | Check Number: | 499064573 | Gross Amount: | $114.00 |
|---|---|---|---|---|---|
| Emp ID: | 1457121 | Check Date: | 02/15/2019 | Total Taxes: | $13.86 |
| Address: | 39 Indian Red Rd | Direct Deposit: | Yes | Total Deductions: | $0.00 |
|  | Levittown, PA, 190572321 | YTD Gross: | $1,326.00 | Net Amount: | $100.14 |

## Payment Details

| Pay Period | Customer | Department | Type | Hours/Units | Rate | Gross |
|---|---|---|---|---|---|---|
| 02/04-02/10 | Voice Systems Engineering | Clerical | Reg | 9.50 | $12.00 | $114.00 |
| | **02/04:** 1.50 **02/09:** 8.00 | | | | | |
| | | | | 9.50 | | $114.00 |

## Taxes

| Jurisdiction | Amount | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $0.00 |
| FICA EE | $7.07 | $82.21 |
| MED EE | $1.65 | $19.22 |
| PENNSYLVANIA WH | $3.50 | $40.71 |
| PENNSYLVANIA SUI EE | $0.07 | $0.81 |

## Deductions / (Reimbursements)

| Type | Amount | YTD |
|---|---|---|
| No Deductions | | |
| **TOTALS** | **$0.00** | **$0.00** |

### Direct Deposit Information

| Bank Name | Account Number | Amount |
|---|---|---|
| Wells Fargo | Ending ir | $100.14 |

| | | | | |
|---|---|---|---|---|
| BRISTOL TWP | $ 0.57 | $ 6.63 | | |
| LANGHORNE EMS | $ 1.00 | $ 7.00 | | |
| **TOTALS** | **$ 13.86** | **$ 156.58** | | $ 100.14 |

## Tax Filing Information

| Jurisdiction | Filing Status | Allowances | Dependents | Add'l Amount |
|---|---|---|---|---|
| Federal Income Tax | Married | 7 | 0 | $ 0.00 |
| PENNSYLVANIA WH | N/A | 0 | 0 | $ 0.00 |

## Employer Notices

Employer is People 2.0 Global LP (EIN: 65-1135006), 222 Valley Creek Blvd Suite 100, Exton, PA 19341, doing business locally as McGrath Systems, 1787 Sentry Pkwy West, Building 16, Ste 215, Blue Bell, PA 19422. Tel: (610) 238-5306.