# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 19-12331-AMC

NICOLE L. MOORE

39 INDIAN RED ROAD

LEVITTOWN, PA 19057-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  NICOLE L. MOORE

  39 INDIAN RED ROAD

  LEVITTOWN, PA 19057-

Counsel for debtor(s), by electronic notice only.

  PAUL H YOUNG
  3554 HULMEVILLE RD
  SUITE 102
  BENSALEM, PA 19020

                                                    /S/ William C. Miller

Date: 6/18/2019                                         _____

                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee