# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 19-12331-AMC

NICOLE L. MOORE

39 INDIAN RED ROAD

LEVITTOWN, PA 19057-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    NICOLE L. MOORE

    39 INDIAN RED ROAD

    LEVITTOWN, PA 19057-

**Counsel for debtor(s), by electronic notice only.**
    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                            /s/ William C. Miller

Date: 7/10/2019

                                            _____
                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee