UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
NICOLE L. MOORE

Chapter 13

Debtor

Bankruptcy No. 19-12331-AMC

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

_____  
Ashely M. Chan  
Bankruptcy Judge

9/24/19

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
PAUL H YOUNG  
3554 HULMEVILLE RD  
SUITE 102  
BENSALEM, PA 19020

Debtor:  
NICOLE L. MOORE

39 INDIAN RED ROAD

LEVITTOWN, PA 19057-