United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-12331-amc
Nicole L. Moore                                                 Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: YvetteWD           Page 1 of 2             Date Rcvd: Sep 26, 2019
                              Form ID: pdf900          Total Noticed: 24
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
db             +Nicole L. Moore,    39 Indian Red Road,    Levittown, PA 19057-2321
14330660        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14305663       +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14305664       +FedLoan Servicing,    Pob 60610,   Harrisburg, PA 17106-0610
14305665       +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14337337       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14317428       +Midfirst Bank,    c/o Rebecca A Solarz, Esquire,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14305670       +Midland Mortgage Co,    Pob 268959,    Oklahoma City, OK 73126-8959
14305669       +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
14344573        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
14305674       +Wells Fargo Bank NA,    Po Box 14517,    Des Moines, IA 50306-3517
14305673       +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus Mac X2303-01a,
                 Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 27 2019 03:07:35      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 27 2019 03:07:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 27 2019 03:07:32      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2019 03:13:53      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14305666       +E-mail/Text: bncnotices@becket-lee.com Sep 27 2019 03:07:02      Kohls/Capital One,
                 Po Box 3115,   Milwaukee, WI 53201-3115
14305668       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 27 2019 03:07:24      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14305667       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 27 2019 03:07:24      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14314417       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 27 2019 03:07:24      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14344580        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2019 03:13:30
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14306472       +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2019 03:13:28      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14305671       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 27 2019 03:06:58
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
14305672       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 27 2019 03:06:57
                 Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 12

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                   Date Rcvd: Sep 26, 2019
                              Form ID: pdf900             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:
              PAUL H. YOUNG     on behalf of Debtor Nicole L. Moore support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
NICOLE L. MOORE

Chapter 13

Debtor

Bankruptcy No. 19-12331-AMC

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

_____  9/24/19
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

Debtor:
NICOLE L. MOORE

39 INDIAN RED ROAD

LEVITTOWN, PA 19057-